IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

REBECCA ANN TANT ,                          *

              Plaintiff,          *

v.                                                             Case No. 5:26-cv-00013-MTT-ALS

                                        *

ANDREA SHOWERS ,                            *

              Defendant.          *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated April 22, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff, shall recover nothing of Defendant.

This 22nd day of April, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk